## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER CHARLES ROGERS,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 10-00011-CG-B |
| **CITY OF GULF SHORES POLICE DEPARTMENT, et al.,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be dismissed without prejudice.

**DONE and ORDERED** this 9th day of July, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE